UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMED BAHI,<br><br>Defendant. | **INFORMATION**<br><br>25 Cr. ___ (DEH)<br><br>25cr358 |

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From at least in or about 2020 through at least in or about 2024, in the Southern District of New York and elsewhere, MOHAMED BAHI, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and object of the conspiracy that MOHAMED BAHI, the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, BAHI agreed to and did solicit from the owners of two companies contributions to the 2021 and 2025 Campaigns for New York City Mayor (the "2021 Campaign," the "2025 Campaign," and together the "Campaigns") of a

New York City public official ("Official-1"), knowing that those contributions would be made through employees who would be reimbursed for their contributions and that the Campaigns would seek public funds from New York City based on the misrepresentation that the employees were the true contributors, and transmitted and caused to be transmitted electronic communications to and from the Southern District of New York and elsewhere in furtherance of that scheme.

### Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed by MOHAMED BAHI, the defendant, and others known and unknown, in the Southern District of New York and elsewhere:

a.   In October 2020, BAHI encouraged the owner of a certain corporation ("Company-1") to hold a fundraiser at which Company-1's employees would make contributions to the 2021 Campaign, for which the employees would be reimbursed by Company-1 ("straw donations"), and the owner of Company-1 did so.

b.   In January 2021, Official-1 submitted a false disclosure statement to the New York City Campaign Finance Board for the purpose of obtaining public funds from New York City for the 2021 Campaign, based in part on the false statements that the October 2020 straw donations from Company-1 were funded by Company-1's employees.

c.   In December 2020, after BAHI solicited straw donations from the owner of a certain corporation ("Company-2"), Company-2 held a fundraiser at which Company-2's employees made straw donations to the 2021 Campaign, for which employees were reimbursed by Company-2.

d.   In January 2021, Official-1 submitted a false disclosure statement to the New York City Campaign Finance Board for the purpose of obtaining public funds from New

York City for the 2021 Campaign, based in part on the false statements that the December 2020 straw donations from Company-2 were funded by Company-2's employees.

  e. In March 2023, after BAHI solicited straw donations from the owner of Company-1, Company-1 held a fundraiser at which Company-1's employees made straw donations to the 2025 Campaign, for which employees were reimbursed by Company-1.

  f. In July 2023, Official-1 submitted a false disclosure statement to the New York City Campaign Finance Board for the purpose of obtaining public funds from New York City for the 2025 Campaign, based in part on the false statements that the March 2023 straw donations from Company-1 were funded by Company-1's employees.

  g. In June 2024, BAHI met with employees of Company-2 and directed them to lie to law enforcement officers in connection with an investigation by the Federal Bureau of Investigation ("FBI") into straw donations to the Campaigns.

  h. On July 24, 2024, BAHI knowingly deleted an encrypted-messaging application upon the FBI's arrival at his home to execute a court-issued search warrant in connection with the investigation into straw donations to the Campaigns.

(Title 18, United States Code, Section 371.)

*Jay Clayton*
JAY CLAYTON
United States Attorney